223 So.2d 869

## SIMMONS COMPANY

v.

## FURNITURE DISTRIBUTORS OF PLAQ-UEMINES PARISH, INC.

No. 49909.

June 27, 1969.

In re: Furniture Distributors of Plaquemines Parish, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 221 So.2d 672.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

223 So.2d 870

## Chester J. BONNECAZE

v.

## Charles HAMRICK and The Travelers Insurance Company.

No. 49910.

June 27, 1969.

In re: Chester J. Bonnecaze applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 221 So.2d 638.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.